ATTORNEYS FOR PLAINTIFF:
Stephanie R. Tatar (237792)
stephanie@thetatarlawfirm.com
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Tel: (323) 744-1146
Fax: (888) 778-5695

Larry P. Smith (admitted *pro hac vice*) (IL Bar Number 6217162)
lsmith@smithmarco.com
SmithMarco, P.C.
55 West Monroe St., Suite 1200
Chicago, IL 60603
Tel: (312) 324-3532
Fax: (888) 418-1277

Stacy M. Bardo (admitted *pro hac vice*) (IL Bar Number 6271913)
stacy@bardolawpc.com
Bardo Law, P.C.
22 West Washington St., Suite 1500
Chicago, IL 60602
Tel: (312) 219-6980
Fax: (312) 219-6981

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PRESTON and PENELOPE TURGEON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>                    Defendant. | Case No. 2:18-cv-00038-VAP(JCx)<br>Assigned to: Hon. Judge Virginia A. Phillips<br><br>**STIPULATION FOR ORDER Setting April 4, 2022 Hearing re: Plaintiffs' Motion to Transfer Venue & Defendant's Motion to Dismiss for Lack of Prosecution Via Zoom**<br><br>Date filed in N.D. Ill.:  May 11, 2017 |

STIPULATION RE: SETTING APRIL 4, 2022 HEARING ON PLAINTIFFS' MOTION TO TRANSFER VENUE AND DEFENDANT'S MOTION TO DISMISS VIA ZOOM

2

This stipulation is entered into by the parties, by and through their respective counsel of record, with reference to the following facts and recitals:

1. On March 7, 2022, Plaintiffs filed their Motion to Transfer and Defendant filed its Motion to Dismiss;

2. The parties' respective opposition papers were timely filed on March 21, 2022 and the parties' replies will be filed on March 28, 2022.

3. Both matters were set for hearing on April 4, 2022 at 2:00 p.m. Pacific Time.

4. Plaintiffs state that lead counsel for Plaintiffs reside and practice in the State of Illinois and brought suit on behalf of a proposed Illinois-class of consumers. Plaintiffs further state the matter was transferred here based upon AHM's request and over Plaintiffs' objection.

5. Given that this Honorable Court has an option to set hearing matters via Zoom, Plaintiffs' counsel respectfully request that they be excused from an in-person appearance. Plaintiffs' retained local counsel is currently in trial at the Superior Court of Los Angeles County.

6. AHM does not object to the Plaintiffs' request.

7. A proposed order setting the April 4, 2022 hearing via Zoom is filed concurrently.

Dated: March 28, 2022                     Respectfully submitted,

By: /s/ *Stacy M. Bardo*
Stacy M. Bardo (admitted *pro hac vice*) (IL Bar Number 6271913)
Bardo Law, P.C.
22 West Washington St., Suite 1500
Chicago, IL 60602
Tel: (312) 219-6980

STIPULATION RE: SETTING APRIL 4, 2022 HEARING ON PLAINTIFFS' MOTION TO TRANSFER VENUE AND DEFENDANT'S MOTION TO DISMISS VIA ZOOM

3

E-mail: stacy@bardolawpc.com

Stephanie R. Tatar (237792)
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Tel: (323) 744-1146
E-mail: stephanie@thetatarlawfirm.com

Larry P. Smith (admitted *pro hac vice*) (IL Bar Number 6217162)
SmithMarco, P.C.
55 West Monroe St., Suite 1200
Chicago, IL 60603
Tel: (312) 324-3532
E-Mail: lsmith@smithmarco.com

*Attorneys for Plaintiffs*

Dated: March 28, 2022

Respectfully submitted,

By: /s/ *Darlene Cho*
Michael L. Mallow
Mark D. Campbell
Darlene Cho
Shook, Hardy & Bacon, LLP
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
mmallow@shb.com
mdcampbell@shb.com
dcho@shb.com

*Attorneys for Defendant*

4

STIPULATION RE: SETTING APRIL 4, 2022 HEARING ON PLAINTIFFS' MOTION TO TRANSFER VENUE AND DEFENDANT'S MOTION TO DISMISS VIA ZOOM